# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-0994
_____

DAVID HOWARD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


January 16, 2024


PER CURIAM.

The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

B.L. THOMAS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

David Howard, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.